PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DHAKSHINAMOORTHY MUTHURAMAN GURUKKAL, ET AL.,

                    Plaintiff,

         v.

USCIS, ET AL.,

                    Defendants.

CASE NO.  2:23-CV-02787 WBS-AC

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME

     Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs do not oppose.  This case concerns Plaintiffs' request to correct the date on which U.S. Citizenship and Immigration Services ("USCIS") received a set of applications for immigration benefits.  USCIS has conveyed, through counsel, that the agency will honor the corrected filing date, if Plaintiffs will re-file their applications.  The parties anticipate that this litigation will become moot once Plaintiffs re-file their applications and obtain the receipt notices, showing the corrected filing date.

     The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 10, 2024.  The parties further request that all other filing deadlines be similarly extended, including the initial scheduling conference currently set for March 25, 2024.

Respectfully submitted,


Dated:  March 11, 2024                                    PHILLIP A. TALBERT
                                                         United States Attorney


                                                  By:  /s/ ELLIOT C. WONG
                                                         ELLIOT C. WONG
                                                         Assistant United States Attorney


                                                         /s/ SCOTT D. POLLOCK
                                                         SCOTT D. POLLOCK
                                                         Counsel for Plaintiff


                                    ORDER

        Defendants answer or other dispositive pleading is due May 10, 2024. The scheduling

conference currently set for March 25, 2024, is **continued to June 3, 2024 at 1:30 pm**. Pursuant to

Local Rule 240, the parties shall submit to the 2 court a JOINT Status Report fourteen (14) calendar

days prior to the Scheduling Conference.

Dated:  March 11, 2024


                                                 WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE